**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE I. BONILLA,<br><br>   Petitioner,<br><br> v.<br><br>DALINDA HARMAN, CHIEF, CBU,<br><br>   Respondent. | NO. CV 12-10635-JAK (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections had passed and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Report.

  IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice for untimeliness.

DATED: December 16, 2013.

                      JOHN A. KRONSTADT
                      UNITED STATES DISTRICT JUDGE