# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE I. BONILLA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DALINDA HARMAN, CHIEF, CBU,<br><br>　　　　　Respondent. | NO. CV 12-10635-JAK (MAN)<br><br>JUDGMENT |

　　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 16, 2013.

　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE